UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,

              Plaintiff,

- against -

OCEANIC CONTAINER LINE, INC.,

             Defendant.

**ORDER**

19 Civ. 6440 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant will reply to Plaintiff's motion for judgment (Dkt. No. 11) by **June 23, 2021**. Plaintiff's reply, if any, will be due by **June 30, 2021.**

Dated: New York, New York
       June 16, 2021

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge