```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
--------------------------------x
MSC MEDITERRANEAN SHIPPING            19 Civ. 6440 (PGG)
COMPANY S.A.,
                                      CONSENT JUDGMENT
                Plaintiff,

        -against-


OCEANIC CONTAINER LINE, INC.


                Defendant.
--------------------------------x
```

This matter having been resolved pursuant to a Settlement Agreement previously entered subject to the within Consent Judgment being entered in the event of default by Defendant, OCEANIC CONTAINER LINE, INC. ("Defendant"), on the payments called for by the settlement; and counsel for plaintiff, MSC MEDITERRANEAN SHIPPING COMPANY S.A. ("Plaintiff'), having now certified to the Court that Defendant has in fact defaulted on their payment obligations under the settlement and that Plaintiff is entitled to entry of the within Consent Judgment;

1

IT IS on this 13th day of December, 2023;

ORDERED AND ADJUDGED that JUDGMENT in the amount of One Hundred Fifty-Six Thousand Two Hundred Fifty-Nine Dollars and Thirty-Six Cents ($156,259.36), be and is hereby entered in favor of Plaintiff and against Defendant.

The Clerk of Court is directed to close this case.

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.

Dec. 13, 2023

2